JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL HARRIS, | Case No. 8:24-cv-02759-JWH-JDEx |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| GANGNAM STREET DB, INC., GOLDEN SPRINGS ASSOCIATION, LLC, and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to the "Order Regarding Plaintiff's Motion for Default Judgment [ECF No. 16]" entered substantially contemporaneously herewith, and in accordance with Rules 55 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. Fictitiously named Defendants Does 1-10 are **DISMISSED**.

3. The claims for relief of Plaintiff Michael Harris arising under the Unruh Civil Rights Act and Disabled Persons Act, as well as the claims for negligence and violation of the Cal. Health & Safety Code, are **DISMISSED**.

4. With respect to the claim for relief arising under the Americans with Disabilities Act of 1990, **JUDGMENT** is entered in **FAVOR** of Plaintiff Michael Harris and **AGAINST** Defendants Gangnam Street DB, Inc. and Golden Springs Association, LLC, jointly and severally, in the amount of $2,030 (which consists of $1,410 in attorney's fees and $620 in costs).

5. In addition, Defendants Gangnam Street DB, Inc. and Golden Springs Association, LLC, and each of them, are **ORDERED** to provide an accessible parking space at the property located at or about 22640 Golden Springs Dr., Diamond Bar, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines, no later than August 15, 2025.

6. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 14, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE